UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14042-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TYREEK J. CLERMONT,**

    Defendant.
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION
AND DENYING DEFENDANT'S MOTION TO SUPPRESS**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard on Defendant's Motion to Suppress Evidence [ECF No. 46]. The Report recommends that Defendant's Motion to Suppress be denied in its entirety [ECF No. 46]. Defendant has not filed any objections to the Report, and the time to do so has expired.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed de novo, even in the absence

CASE NO. 24-14042-CR-CANNON

of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Upon review of the Report, the Court finds no clear error of fact in the well-reasoned Report and no errors of law.

Following such review, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 46] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Suppress Evidence [ECF No. 31] is **DENIED** for the reasons stated in the Report and Recommendation.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of February 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record